BOND, CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:20-mj-02188-AAS All Defendants

Case title: USA v. Mosca et al
Other court case number: 1:20-cr-106-MSM-LDA District of Rhode Island

Date Filed: 11/25/2020
Date Terminated: 11/24/2020

Assigned to: Magistrate Judge Amanda Arnold Sansone

### Defendant (1)

**Ronald S. Mosca**
*TERMINATED: 11/24/2020*

represented by **Percy King**
Federal Public Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Email: Percy_King@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES, 18:2314.F SCHEME TO DEFRAUD: MONEY, STATE TAX STAMPS | |

Assigned to: Magistrate Judge Amanda Arnold Sansone

### Defendant (2)

**Krystal K. DiSano**
*TERMINATED: 11/24/2020*

represented by **Michael P. Maddux**
Michael P. Maddux, PA
2102 W Cleveland St
Tampa, FL 33606
813/253-3363
Fax: 813/253-2553
Email: mmaddux@madduxattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES, 18:2314.F SCHEME TO DEFRAUD: MONEY, STATE TAX STAMPS | |

### Plaintiff

**USA**

represented by **Charlie Dustin Connally**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
Email: charlie.connally@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2020 | 1 | Arrest pursuant to Rule 5(c)(2) of Ronald S. Mosca, Krystal K. DiSano from the Rhode Island. (CDM) (Entered: 11/25/2020) |
| 11/24/2020 | 2 | ***CJA 23 Financial Affidavit by Ronald S. Mosca. (CDM) (Entered: 11/25/2020) |

| | | |
|---|---|---|
| 11/24/2020 | 3 | ***CJA 23 Financial Affidavit by Krystal K. DiSano. (CDM) (Entered: 11/25/2020) |
| 11/24/2020 | 4 | ORAL MOTION to Appoint Counsel by Ronald S. Mosca. (CDM) (Entered: 11/25/2020) |
| 11/24/2020 | 5 | ORAL MOTION for Bond by USA as to Ronald S. Mosca. (CDM) (Entered: 11/25/2020) |
| 11/24/2020 | 6 | ORAL MOTION to Appoint Counsel by Krystal K. DiSano. (CDM) (Entered: 11/25/2020) |
| 11/24/2020 | 7 | ORAL MOTION for Bond by USA as to Krystal K. DiSano. (CDM) (Entered: 11/25/2020) |
| 11/24/2020 | 8 | Minute Entry for proceedings held before Magistrate Judge Amanda Arnold Sansone: Oral Order granting 5 Motion for Bond. Bond set Ronald S. Mosca (1) ROR Bond; Oral Order granting 7 Motion for Bond. Bond set for Krystal K. DiSano ROR Bond ; INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 11/24/2020 as to Ronald S. Mosca, Krystal K. DiSano from the District of Rhode Island. (digital) (CDM) Modified on 11/30/2020 to edit text (CRH). (Entered: 11/25/2020) |
| 11/24/2020 | 9 | **ORDER granting 4 Motion to Appoint Counsel. Percy King appointed as to Ronald S. Mosca (1). Signed by Magistrate Judge Amanda Arnold Sansone on 11/24/2020. (CDM)** (Entered: 11/25/2020) |
| 11/24/2020 | 10 | **ORDER granting 6 Motion to Appoint Counsel. Michael P. Maddux appointed as to Krystal K. DiSano (2). Signed by Magistrate Judge Amanda Arnold Sansone on 11/24/2020. (CDM)** (Entered: 11/25/2020) |
| 11/24/2020 | 11 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Rhode Island as to Ronald S. Mosca. Signed by Magistrate Judge Amanda Arnold Sansone on 11/24/2020. (CDM)** (Entered: 11/25/2020) |
| 11/24/2020 | 12 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Rhode Island as to Krystal K. DiSano. Signed by Magistrate Judge Amanda Arnold Sansone on 11/24/2020. (CDM)** (Entered: 11/25/2020) |
| 11/24/2020 | | NOTICE to District of Rhode Island of a Rule 5 or Rule 32 Initial Appearance as to Ronald S. Mosca, Krystal K. DiSano regarding your case number: 1:20-cr-106-MSM-LDA. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CDM) (Entered: 11/25/2020) |
| 11/30/2020 | 14 | **Personal Recognizance BOND entered as to Krystal K. DiSano Signed by Magistrate Judge Amanda Arnold Sansone on 11/24/2020. (JLD)** (Entered: 11/30/2020) |
| 11/30/2020 | 15 | **ORDER Setting Conditions of Release as to Krystal K. DiSano (2) Personal Recognizance. Signed by Magistrate Judge Amanda Arnold Sansone on 11/24/2020. (JLD)** (Entered: 11/30/2020) |
| 11/30/2020 | 16 | **Personal Recognizance BOND entered as to Ronald S. Mosca Signed by Magistrate Judge Amanda Arnold Sansone on 11/24/2020. (JLD)** (Entered: 11/30/2020) |
| 11/30/2020 | 17 | **ORDER Setting Conditions of Release as to Ronald S. Mosca (1) Personal Recognizance. Signed by Magistrate Judge Amanda Arnold Sansone on 11/24/2020. (JLD)** (Entered: 11/30/2020) |

**PACER Service Center**

| Transaction Receipt |||||
|---|---|---|---|---|
| 11/30/2020 15:21:33 |||||
| **PACER Login:** | us6061:2655418:0 | **Client Code:** | | |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-mj-02188-AAS | |
| **Billable Pages:** | 2 | **Cost:** | 0.20 | |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always | |

**PACER fee: Exempt**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.   8:20-mj-2188-T-AAS | DATE:   November 24, 2020 |
| HONORABLE   AMANDA ARNOLD SANSONE | INTERPRETER   N/A<br>LANGUAGE |
| UNITED STATES OF AMERICA<br>v. | AUSA Charles Connelly<br>Government Counsel |
| RONALD S. MOSCA<br>KRYSTAL K. DISANO<br>Defendant | AFPD Percy King<br>Michael Maddux, CJA<br>Defense Counsel |
| COURT RPTR/TAPE   Digital | DEPUTY CLERK   Cathy Morgan |
| TIME   2:11 – 2:31   Total - 20 min. | COURTROOM   10B |

## PROCEEDINGS: **INITIAL APPEARANCE/DISTRICT OF RHODE ISLAND**

|   |   |
|---|---|
| X | Deft provided w/copy of   Indictment |
| X | ARREST DATE:   November 24, 2020 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavits submitted for approval |
| X | FPD and CJA appointed for all purposes in this district |
| X | Govt position on release – ROR Bond |
| X | Court sets ROR bonds for both defendants |
| X | They are subject to the standard conditions of release |
| X | Shall avoid all contact with Jose Montez and Waymon Bailey |
| X | Arraignment set in Rhode Island on December 4, 2020 via zoom. |

Comments:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:20-mj-2188-T-AAS

**RONALD S. MOSCA**            /

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed for purposes **in this district** to represent the above named defendant in this case.

**ORDERED** in Tampa, Florida this 24th day of November, 2020.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA   DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                 Case No.   8:20-mj-2188-T-AAS

**RONALD S. MOSCA**

### ORDER OF REMOVAL

The defendant, Ronald S. Mosca, having been apprehended in the Middle District of Florida, Tampa Division, on a warrant issued in the District of Rhode Island, subsequently having been released on bond, the Defendant is hereby,

ORDERED to appear via Zoom at the United States District Court for the District of Rhode Island, on **Friday, December 4, 2020 at 10:00 p.m.** for his arraignment before Magistrate Judge Linoln D. Almond.

ORDERED at Tampa, Florida this  24th  day of November, 2020.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America<br>v.<br>RONALD S. MOSCA<br>*Defendant* | )<br>)<br>) Case No. 8:20-mj-2188-T-AAS<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Ronald S. Mosca_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

(   ) (3) This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
*(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/24/2020

_____
Defendant's signature

_____          _____
Surety/property owner – printed name        Surety/property owner – signature and date

_____          _____
Surety/property owner – printed name        Surety/property owner – signature and date

_____          _____
Surety/property owner – printed name        Surety/property owner – signature and date

CLERK OF COURT

Date: 11/24/2020

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 11/24/2020

_____
Judge's signature

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.   8:20-mj-2188-T-AAS

RONALD S. MOSCA

## ORDER OF RELEASE

It is hereby ORDERED:

1. That the conditions of release are hereby established as set forth below.

2. That the United States Marshal is hereby directed to release the above named Defendant upon his agreement, in writing, to comply with the following conditions of release.

ORDERED at Tampa, Florida this __24th__ day of November, 2020.

_____
AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1. Defendant must appear before the Court in accordance with all notices.

2. Defendant must not at any time, for any reason whatsoever, leave the United States without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending.

3. Defendant must not change his present address without prior court approval.

4. Defendant shall not commit a federal, state or local crime during the period of his release. Defendant shall inform the United States District Court for the Middle District of Florida or the district court where criminal charges are pending immediately if arrested or otherwise charged with any offense. Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. §

1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

   \* Defendant shall avoid all contact with Jose Montez and Waymon Bailey.

7. A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of the bond previously given.

   Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

   Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

8. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

   (a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

   (b) an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

   (c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

   (d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

   At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph ( b ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

   Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this ___24th___ day of November, 2020.

_____        _____
WITNESS                              DEFENDANT

1. The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number of the United States Pretrial Services Agency, is 813/225-7648, and the toll-free number is 1/800/676-0125.

6. NOTICE TO COUNSEL AND DEFENDANT: in cases assigned to United States Magistrate Judge Amanda Arnold Sansone, any requests to travel outside the area set forth in this document must be submitted at least three (3) **BUSINESS** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.